**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION**

JOHN DOE,

               Plaintiff,

v.

                                        No. 20-cv-6597

THE PARTNERSHIPS AND                        Hon. Matthew F. Kennelly
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A",

               Defendants.

## PRELIMINARY INJUNCTION ORDER

THIS CAUSE being before the Court on Plaintiff's Motion for Entry of a Preliminary Injunction Order against the defendants identified on Exhibit A attached hereto (collectively, the "Defendants") and the online marketplace accounts identified in Exhibit A attached hereto (the "Online Marketplace Accounts"), and this Court having considered the evidence before it hereby GRANTS Plaintiff's Motion in its entirety.

This Court further finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In this case, Plaintiff has presented screenshot evidence that each Defendant Internet Store is reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois

can purchase products and are likely to be confused by Defendants' use of Plaintiff's registered INSTANTLY AGELESS trademark (the "Instantly Ageless Trademark"). *See* Docket Nos. 11-17, Exhibit C Parts 1-7.

This Court further finds that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for a Temporary Restraining Order establishes that Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of trademark infringement because (1) the Instantly Ageless Trademark are distinctive marks and registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use the Instantly Ageless Trademark, and (3) Defendants' use of the Instantly Ageless Trademark are causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the Instantly Ageless Trademark irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1.  Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a.    using Plaintiff's trademarks, or any reproductions, counterfeit copies or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any products that are not a genuine products or otherwise authorized by Plaintiff;

    b.    passing off, inducing, or enabling others to sell or pass off any products as genuine INSTANTLY AGELESS® products or any other products produced by Plaintiff, that are not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff;

    c.    committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d.    further infringing Plaintiff's Instantly Ageless Trademark and damaging Plaintiff's goodwill;

    e.    otherwise competing unfairly with Plaintiff in any manner;

    f.    manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, importing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and

which bear any of the Instantly Ageless Trademark, or any reproductions, counterfeit copies or colorable imitations thereof, including any product containing the term "INSTANTLY AGELESS"; and

g.    using, linking to, transferring, or selling, the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defendants could continue to sell products sold under the Instantly Ageless Trademark or any colorable imitations thereof.

2.    Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address, (b) all websites and online marketplace accounts on any platform that they own and/or operate (c) their financial accounts, including all Alibaba, Amazon, eBay, Wish.com, and PayPal accounts, and (d) the steps taken by each Defendant to comply with paragraph 1, a through g, above.

3.    Those in privity with Defendants, or nay persons or entities in active concert or participation with actual notice of this Order, including any online marketplaces such as Amazon and Amazon Marketplace, PayPal, Inc., eBay, Wish.com, and Alibaba Group Holding Ltd., Alipay.com Co., Ltd., and any related Alibaba entities (collectively, "Alibaba"), shall within five (5) business days of receipt of this Order:

a.    disable the listing and cease displaying any advertisements used by or associated with Defendants listed in Schedule A in connection with the sale of counterfeit and infringing goods using the Instantly Ageless Trademark, including any product listing for any skin care product featuring the term INSTANTLY AGELESS;

b. restrain and enjoin Defendants identified in Schedule A from transferring, liquidating, converting, encumbering, pledging, loaning, selling, concealing, dissipating, disbursing, assigning, spending, withdrawing, granting a lien or security interest or other interest in, or otherwise disposing of any money or other assets owned or controlled by Defendants until further ordered by this Court; and

c. maintain and preserve all funds and assets controlled by Defendants and shall not transfer or surrender such funds for any purpose without the express authorization of the Court.

4. Any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' online stores other websites operated by Defendants, including, without limitation, any online marketplace platforms such as Amazon Marketplace, eBay, Wish.com, and Alibaba, merchant account providers, including PayPal, Alibaba, Western Union, third party processors and other payment processing service providers, shippers, and importers (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiff, without notice or any notification to the Defendants, expedited discovery, including copies of documents and records in such person's or entity's possession or control relating to:

a. a full accounting of the monthly sales revenue for each of Defendant's stores or Online Marketplace Accounts, as well as a full accounting of the amount of funds transferred in and out of the Online Marketplace Accounts each month since January of 2018;

b.      an accounting of the total funds restrained in each financial/payment processing account (including each Amazon Payment account) controlled by or associated with each Defendant;

c.      the full list of names, addresses, email addresses, and IP addresses, of each person who registered, is listed in, has logged into, has used, or who is otherwise associated with the stores and associated financial/payment processing accounts of the Defendants listed in Schedule A; and

d.      the full list of stores and associated financial/payment processing accounts opened, operated by, or at any time used by the individuals listed in (c).

5.      Plaintiff may provide Notice of this Order to the Third Parties Providers through electronic mail, U.S. First Class Mail, or any private process server.

6.      Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Amended Complaint, this Order and other relevant documents on a website, or by sending an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from Online Marketplace Accounts and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.      Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.

Dated: January 6, 2021

_____
U.S. District Court Judge

# Exhibit A

| No. | Marketplace | Defendant Name/ Alias |
|---|---|---|
| 1 | Alibaba | Shenzhen Yaxilan Trade Co., Ltd. |
| 2 | Amazon Canada | 6CABelovedkai |
| 3 | eBay | barper123 |
| 4 | eBay | blancheque |
| 5 | eBay | buyit_tryit |
| 6 | eBay | dodieworld |
| 7 | eBay | elecshop2017 |
| 8 | eBay | fanjule9 |
| 9 | eBay | fei.le-88 |
| 10 | eBay | idbuvy-0 |
| 11 | eBay | many.store |
| 12 | eBay | maoyi1451 |
| 13 | eBay | mido_stors |
| 14 | eBay | mihmohame_0 |
| 15 | eBay | more-online |
| 16 | eBay | parechi |
| 17 | eBay | qin3_j9yzs |
| 18 | eBay | regainstore |
| 19 | eBay | seaburn-store |
| 20 | eBay | silver-biz-worldwide |
| 21 | eBay | suppliershop233 |
| 22 | eBay | the-best2 |
| 23 | eBay | trthan_59 |
| 24 | eBay | zakcham_0 |
| 25 | eBay AU | blancheque |
| 26 | eBay AU | elecshop2017 |
| 27 | eBay AU | fei.le-88 |
| 28 | eBay AU | idbuvy-0 |
| 29 | eBay AU | kdib77 |
| 30 | eBay AU | maoyi1451 |

| 31 | eBay AU | phuonngu-1706 |
|----|---------|---------------|
| 32 | eBay AU | silver-biz-worldwide |
| 33 | eBay AU | suppliershop233 |
| 34 | eBay AU | trthan_59 |
| 35 | eBay AU | w.trade |
| 36 | eBay AU | yue.frist.shop |
| 37 | eBay Canada | barper123 |
| 38 | eBay Canada | buyit_tryit |
| 39 | eBay Canada | danudewa_0 |
| 40 | eBay Canada | elecshop2017 |
| 41 | eBay Canada | fei.le-88 |
| 42 | eBay Canada | idbuvy-0 |
| 43 | eBay Canada | kdib77 |
| 44 | eBay Canada | parechi |
| 45 | eBay Canada | phuonngu-1706 |
| 46 | eBay Canada | qin3_j9yzs |
| 47 | eBay Canada | regainstore |
| 48 | eBay Canada | seaburn-store |
| 49 | eBay Canada | silver-biz-worldwide |
| 50 | eBay Canada | suppliershop233 |
| 51 | eBay Canada | trthan_59 |
| 52 | eBay Canada | w.trade |
| 53 | eBay Canada | yue.frist.shop |
| 54 | eBay ES | barper123 |
| 55 | eBay ES | buyit_tryit |
| 56 | eBay ES | elecshop2017 |
| 57 | eBay ES | fei.le-88 |
| 58 | eBay ES | fei.le-89 |
| 59 | eBay ES | idbuvy-0 |
| 60 | eBay ES | maoyi1451 |
| 61 | eBay ES | more-online |
| 62 | eBay ES | phuonngu-1706 |
| 63 | eBay ES | regainstore |

| 64 | eBay ES | sjd-3214 |
|----|---------|----------|
| 65 | eBay ES | stockbrot901 |
| 66 | eBay ES | suppliershop233 |
| 67 | eBay ES | w.trade |
| 68 | eBay ES | yue.frist.shop |
| 69 | eBay FR | dapku.ginta |
| 70 | eBay FR | elecshop2017 |
| 71 | eBay FR | fei.le-88 |
| 72 | eBay FR | idbuvy-0 |
| 73 | eBay FR | kdib77 |
| 74 | eBay FR | maoyi1451 |
| 75 | eBay FR | more-online |
| 76 | eBay FR | phuonngu-1706 |
| 77 | eBay FR | suppliershop233 |
| 78 | eBay FR | w.trade |
| 79 | eBay FR | yue.frist.shop |
| 80 | eBay IE | barper123 |
| 81 | eBay IE | blancheque |
| 82 | eBay IE | elecshop2017 |
| 83 | eBay IE | fei.le-88 |
| 84 | eBay IE | idbuvy-0 |
| 85 | eBay IE | kdib77 |
| 86 | eBay IE | maoyi1451 |
| 87 | eBay IE | silver-biz-worldwide |
| 88 | eBay IE | suppliershop233 |
| 89 | eBay IE | trthan_59 |
| 90 | eBay IE | w.trade |
| 91 | eBay IE | yue.frist.shop |
| 92 | eBay IN | elecshop2017 |
| 93 | eBay IN | phuonngu-1706 |
| 94 | eBay IN | qin3_j9yzs |
| 95 | eBay IN | suppliershop233 |
| 96 | eBay IN | yue.frist.shop |

| 97 | eBay MY | barper123 |
|---|---|---|
| 98 | eBay MY | blancheque |
| 99 | eBay MY | elecshop2017 |
| 100 | eBay MY | fei.le-88 |
| 101 | eBay MY | idbuvy-0 |
| 102 | eBay MY | kdib77 |
| 103 | eBay MY | maoyi1451 |
| 104 | eBay MY | phuonngu-1706 |
| 105 | eBay MY | silver-biz-worldwide |
| 106 | eBay MY | sjd-3214 |
| 107 | eBay MY | suppliershop233 |
| 108 | eBay MY | trthan_59 |
| 109 | eBay MY | w.trade |
| 110 | eBay MY | yue.frist.shop |
| 111 | eBay PH | blancheque |
| 112 | eBay PH | buyit_tryit |
| 113 | eBay PH | elecshop2017 |
| 114 | eBay PH | fei.le-88 |
| 115 | eBay PH | idbuvy-0 |
| 116 | eBay PH | kdib77 |
| 117 | eBay PH | maoyi1451 |
| 118 | eBay PH | phuonngu-1706 |
| 119 | eBay PH | silver-biz-worldwide |
| 120 | eBay PH | stockbrot901 |
| 121 | eBay PH | suppliershop233 |
| 122 | eBay PH | trthan_59 |
| 123 | eBay PH | w.trade |
| 124 | eBay PH | yue.frist.shop |
| 125 | eBay SG | barper123 |
| 126 | eBay SG | blancheque |
| 127 | eBay SG | buyit_tryit |
| 128 | eBay SG | elecshop2017 |
| 129 | eBay SG | fei.le-88 |

| 130 | eBay SG | idbuvy-0 |
|---|---|---|
| 131 | eBay SG | kdib77 |
| 132 | eBay SG | maoyi1451 |
| 133 | eBay SG | more-online |
| 134 | eBay SG | phuonngu-1706 |
| 135 | eBay SG | regainstore |
| 136 | eBay SG | silver-biz-worldwide |
| 137 | eBay SG | sjd-3214 |
| 138 | eBay SG | suppliershop233 |
| 139 | eBay SG | trthan_59 |
| 140 | eBay SG | w.trade |
| 141 | eBay SG | yue.frist.shop |
| 142 | eBay UK | barper123 |
| 143 | eBay UK | blancheque |
| 144 | eBay UK | buyit_tryit |
| 145 | eBay UK | elecshop2017 |
| 146 | eBay UK | fei.le-88 |
| 147 | eBay UK | kdib77 |
| 148 | eBay UK | maoyi1451 |
| 149 | eBay UK | phuonngu-1706 |
| 150 | eBay UK | regainstore |
| 151 | eBay UK | silver-biz-worldwide |
| 152 | eBay UK | sjd-3214 |
| 153 | eBay UK | suppliershop233 |
| 154 | eBay UK | w.trade |
| 155 | eBay UK | yue.frist.shop |
| 156 | Wish | koko_sunshine |
| 157 | Wish | vincent1 |
| 158 | Wish | yuanlin20 |
| 159 | Wish | luoshui |